UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHEL
vs-
U.F. HEALTH, INC
C/O RUSS
ARMSTEAD CEO
&
Jacksonville Sheriff's
Dept of Corr C/O
Director T. MONRES

CASE# 3:21-CV-1122-HLA-MCR

FILED 2021 NOV -8 AM 11:11

## Complaint

**1**

Plaintiff is a resident of Duval County Jacksonville Fla receives mail at P O Box 19423 Jax, FL 32230 and is subject to venue and jurisdiction citizen of this Honorable Court

**2**

First Defendant a local hospital - Russ Armstead is CEO is located at 655 West 8th ST Jax, FL 32209 address subject to venue and jurisdiction of this Honorable Court

**3**

Second Defendant the Jacksonville Sheriff's Dept a city government agency located at 501 East Adams St Jax, Fla 32202 with T. Monres Director address subject to venue and jurisdiction of this Honorable Court

**4**

Comes now Plaintiff files and states this Instant complaint as follows to wit:

THIS COURT IS EMPOWERED TO HEAR AND TRY THIS CASE AS IT IS A CLEAR VIOLATION OF THE 8TH AMENDMENT TO THE CONSTITUTION

On Oct 30th Plaintiff's Husband had an mental Health Episode which resulted in his almost L D OM. BOTT. JSO report # 006498161) while in The police car Plaintiff's Husband became unconscious and was taken to U.F. Health where he was in a coma for about 5 days The hospital placed him on life support and put a tube in his throat to help him breath! Plaintiff's husband had taken 28 - 400mg Seroquels and 60 - 10mg Flexirils and was suffering from a drug over dose  2 seperate doctors called Plaintiff for additional information

Plaintiff obtained a court order allowing Plaintiff to assist my husband (I was named as the victim)

To date Both parties refuse to allow Plaintiff to visit my husband   Simon L. Tully

This is a direct violation of the 8th Amendment to the Constitution – Cruel and unusual Punishment

Note this Plaintiff has been in direct contact with the prosecutor, the trial judge and the Defense attorney and has made it clear that I want all changes dropped

-3-

The relief this Plaintiff is seeking from this court is

1) A Trial By Jury
2) A permanent injunction to keep all J.S.O (police) away from Simon C. Tully
3) An order mandating both Defendants to allow Plaintiff access to visit my husband Simon C Tully
4) 500 Million Dollars from each Defendant for Undue Stress
5) Both Defendants Be arrested and held with air bail pending Trial

-4-

Plaintiff is entitled to relief on the following grounds

1) Both Defendants have and are in direct violation of the 8th Amendment to the Constitution and Both Defendants policies must comply with the Constitution

2) In the interest of Justice Both Defendants must be ordered to comply with the U.S. Constitution

Wherefore Plaintiff Laypraus this Court to Grant relief and Enter permanente orders

S. Isley, Pro Se
11-8-21
P O Box 1942
Jax, FL 32201
904-496-1678